# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KELLY L.S.,[1] | ) | Case No. 2:20-cv-09224-JLS-JC |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that the decision of the Acting Commissioner of Social Security is reversed and this matter is remanded for further administrative

///

///

---

[1] Plaintiff's name is partially redacted to protect plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

action consistent with the March 14, 2022 Report and Recommendation of United States Magistrate Judge.

    IT IS SO ADJUDGED.

DATED: April 19, 2022

            _____
            HONORABLE JOSEPHINE L. STATON
            UNITED STATES DISTRICT JUDGE