1

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT
                           CENTRAL DISTRICT OF CALIFORNIA
10

11
        Kelly Lee Smith,                      )        Case No.: 2:20-cv-09224-JLS-JC
12                                            )
                          Plaintiff.          )        **ORDER GRANTING**
13                                            )        **STIPULATION TO EQUAL**
14                                            )        **ACCESS TO JUSTICE ACT**
                     vs.                      )        **FEES PURSUANT TO REMAND**
15                                            )        **UNDER 28 U.S.C. § 2412(D) AND**
16      Andrew Saul,                          )        **TO ENTRY OF JUDGMENT**
        Commissioner of Social Security,      )        **(Doc. 29)**
17                                            )
18                        Defendant.
      _____
19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the parties' Stipulation to Equal Access to Justice Act Fees Pursuant to Remand Under 28 U.S.C. § 2412(d) and to Entry of Judgment ("Stipulation") (Doc. 29),

IT IS ORDERED that EAJA fees are awarded in the amount of SIX THOUSAND EIGHT HUNDRED DOLLARS ($6800.00), subject to the terms of the Stipulation.  IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of $6800.00, subject to any federal debt owed by the Plaintiff.  If the Department of the Treasury determines that Plaintiff does not owe a federal debt, the government shall cause the payment of fees be made directly to Eddy Pierre Pierre and/or Pierre Pierre Law, P.C., pursuant to the Assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

 DATED:  August 4, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE